

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 2 2 2003

LORETTA G. WHYTE
CLERK

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

Christopher C. Pertuit
(Enter above the full name of the
plaintiff in this action.)

versus

Jefferson Parish
Correctional Center

(Enter above the full name of the
defendant or defendants in this
action.)

CIVIL ACTION

NO. 03-2037

SECTION _____

SECT. S MAG. 5

**COMPLAINT**

I.  **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

___ Fee _____
_✓ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to the previous lawsuit

Plaintiffs   _____

_____

Defendants   _____

_____

2.   Court (if federal court, name of the district court; if state court, name the parish.)

_____

3.   Docket Number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.   Place of Present Confinement: **Jefferson Parish Correctional Center**

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

2

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

_____

_____

_____

D. If your answer is NO, explain why you have not done so: _Fear of reprimand, and of loss priveleges. (visiting-store)_

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Christopher C. Pertuit_

Address _2036 Connecticut Ave Kenner La. 70062_

Date of Birth _2-28-73_

Prisoner Number _19679_

Date of Arrest _April 27 2003_

Date of Conviction _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant _____ is employed as _____

_____ at _____

C. Additional Defendants _____

_____

3

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Unsanitary Living Conditions Due to:

1. No designated drinking Fountains other than bathroom Sinks primary used for Shaving - brushing teeth - spitting - hand washing - rag Cleaning - (rag used to clean Showers toliets + tables)

2. The using of watered down Chemicals to clean bathroom area, and dining tables

3. Air quality - there are exhuast blowers are never used except when health inspector is due to come.

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Expect Compensation for ~~netience~~ neglience due to unsanitary Living Conditions / Health reasons

## VI. Plaintiff's Declaration

1)    I declare under penalty c- perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___7th___ day of ___July_____, 20 03.

_Christopher C. Pertut_
(Signature of Plaintiff)

9/97

5

## Statement of Claim

Air quality = Never turn on exhuast blower durning normal daily rootine. (we breeth stalF air all day)
A/C Air vents are never cleaned.
Mold on walls and floors
Allowed to sweep and mop once a day with dirty mop, used by four pods with twenty four men each.

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Christopher C. Pertuit
_____
Plaintiff

V.

Jefferson Parish Correctional Center
_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER

I, __Christopher C. Pertuit_____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Jefferson Parish Correctional Center**

   Are you employed at the institution? **NO** Do you receive any payment from the institution? **NO**

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **April 20th $ 12.50 hr. paid weekly**
   **Not Sure of address don't want to give wrong information.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☑ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

   **Was working weekly makeing $ 12.50 an hour. No longer working. Will not continue to receive money.**

4.  Do you have any cash or checking or savings accounts?  ☐ Yes  ☑ No

If "Yes," state the total amount.  _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, ~~and indicate how~~ much you contribute to their support.

Name                    Relationship                    Amount Contributed for Support

I declare under penalty of perjury that the above information is true and correct.

**6-7-03**                    **Christopher C. Pertuit #19679**
_____            _____
Date                        Signature of Applicant

------------------------------------------------------------

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, **Christopher C. Pertuit #19679**, has a present inmate account balance of $ **.04** at the **JPCC** institution. I further certify that the average monthly deposits for the preceding six months is    $ **3.89**

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is    $ **1.15**

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six)*

**7/10/03**                    *Martha K Melancon*
_____            _____
Date Certified                Authorized Officer of Institution